# Court of Appeals
# of the State of Georgia

ATLANTA, November 06, 2012

*The Court of Appeals hereby passes the following order:*

### A13A0461. ROBERT STONEY WORTHY v. GEORGIA DEPARTMENT OF HUMAN RESOURCES.

On August 8, 2012, the trial court entered an order finding Robert Stoney Worthy in contempt of a 1996 order to pay child support. On September 21, 2012, Worthy filed a notice of appeal to this Court.

However, appeals in domestic relations cases must be taken by application for discretionary appeal as required under OCGA § 5-6-35 (a) (2). Worthy's failure to follow the proper appellate procedure deprives us of jurisdiction over this appeal. See *Fitzgerald v. Department of Human Resources*, 231 Ga. App. 129 (497 SE2d 659) (1998). Additionally, even if a direct appeal were permissible here, Worthy's appeal is untimely. OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of entry of the order to be appealed. The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Worthy filed his notice of appeal 44 days after entry of the contempt order.

For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 11/06/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*